Thierry V. Barkley, Esq.
State Bar No. 724
GORDON REES SCULLY MANSUKHANI, LLP
1st East Liberty Street, Suite 424
Reno, NV 89501
Phone: (775) 467-2609
Email: tbarkley@grsm.com

*Attorneys for Defendant*
*USAA Casualty Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER HARDEN an individual, and CAMAREN HARDEN, an individual<br><br>Plaintiffs,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY, DOES I-V, and ROE CORPORATIONS I-V, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01689-RFB-NJK<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE OPPOSITION TO PLAINTIFFS' MOTION TO REMAND [ECF 8]**<br><br>**(FIRST REQUEST)** |

Plaintiffs Christopher Harden and Camaren Harden and Defendant USAA Casualty Insurance Company stipulate to extend the time to file Defendant's Opposition to Plaintiffs' Motion to Remand [ECF 8]. The Opposition is due October 7, 2024. The parties have agreed to an extension from October 7, 2024 to October 16, 2024 for Defendant's Opposition to Plaintiffs' Motion to Remand. This is the first stipulation between the parties for an extension of time for

///

///

///

///

///

-1-
2024 10042024 StipulationExtendTime(93579123.1) - 10/4/2024 3:49 PM

the Defendant's opposition, and this stipulation is made in good faith and not for delay.

DATED this 4th day of October, 2024.

GORDON REES SCULLY MANSUKHANI, LLP

/s/ *Thierry V. Barkley*
Thierry V. Barkley, Esq. (SBN 724)
1 E. Liberty Street, Suite 424
Reno, NV 89501
*Attorneys for Defendant*
*USAA Casualty Insurance Company*

DATES this 4th day of October, 2024

LAW OFFICE OF DAVID SAMPSON

/s/ *David F. Sampson*
David F. Sampson, Esq. (SBN 6811)
630 S. 3rd Street
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Dated this 7 day October 2024.